1804 Hood Lane
Maple Glen, PA  19002

March 12, 2019



FILED

MAR 1 8 2019

TIMOTHY McGRATH, CLERK
 P. CLERK

Federal Courthouse
c/o Randi
900 Market Street
Suite 400
Philadelphia, PA 19107

**Reference Case:  19-10425**

Dear Randi,

In late January of 2019, I submitted paperwork to file for bankruptcy in your office. The reference number for my case is 19-10425. I know that there was paperwork to be filed but I had not received that information from you until after the case had been dismissed. I found out that my case was dismissed from a lawyer trying to get me to contract with him. It is my understanding that my case was dismissed due to non-filing of the paperwork and the installment that were due.

I would like to be considered for reinstatement of my case. I became very ill in February and was back and forth to the hospital and on medication that cost me $500 last month. The prescriptions wiped out my available money last month  such that I was not able to submit the first installment, and quite honestly, I was so ill that I forgot about any further filing requirements. I apologize for missing deadlines but this has involved a kidney illness that was quite serious and demanded that I follow strict doctor's direction. The illness took me quite by surprise and was one of the worst health episodes of my life. I took the doctor's direction seriously  and used the expensive medication for about 6 weeks. Just last week I found out that the medication and the rest recommended  had worked in mitigating the serious illness.  I am now beginning to regain  a clear mind.

Since the meds worked and I am being healed finally, I will be mentally clear to pay close attention to my bankruptcy case and my finances will no longer be taxed by the ridiculously expensive medication I was forced to purchase. I am in a much better situation to make the bankruptcy a top priority in my life. I would like to express that I became financially strapped last year in paying for my elderly mother, who had dementia, to go into a facility since I could no longer care for her. I was her only caregiver and I was with her 24/7. I had reached a point where I could not handle her and her finances were tight. Through my paying for her, it was the only way she could get the assistance she desperately needed. She passed away soon after admittance from the dementia.

I would also like to mention that in the midst of the situation with my mother, my auto was hit by two people who ran a stop sign. They spun and hit the front of my car which was standing still at a stop sign and which slammed my head into my headrest. The result was a very severe concussion which probably contributed to my health issues with my kidney. The hit also caused a traumatic cataract in my right eye which is being operated on this coming Monday, March 18, 2019. I have a lawsuit filed against the people who hit me and my lawyer and doctors feel that I have a very good case against them. My trial is

scheduled for July 9, 2019 and my lawyer feels that I should be awarded a good settlement for what I have been through. After that settlement, my finances will clear up such that I will be able to afford all that I have fallen behind on and my life can return back to normal.

I wanted to add these elements to my explanation of my situation as my life has been very far from typical over the past year. I have faced a group of unanticipated and unusual events that I expect to never experience again.

I am enclosing copies of all of the paperwork I previously filed in January. I would appreciate your consideration of my medical situation and unusual financial events to allow my case to be reinstated.

If you require any further information from me on this case, I am available at the email address and phone number listed below. Thank you for your help in this matter.

Bonnie Brown Jacobson
bonniej@aol.com
215-816-4880

**Note:** Sheriff Sale on house is scheduled for March 23 to 27. Not exactly sure as I have not received any official notification.